# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| **LATONYA HAYWARD** | **CIVIL ACTION NO. 17-cv-0691** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **U.S. COMMISSIONER SOCIAL SECURITY ADMINISTRATION** | **MAGISTRATE JUDGE HORNSBY** |

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that this civil action is **dismissed without prejudice** for failure to prosecute.

Monroe, Louisiana, this 12th day of April, 2018.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**